IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4 ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. 1:19-CV-03845-WMR |
| v. ) | |
| ) | |
| RED ROOF INNS, INC.; VARAHI ) | |
| HOTEL, LLC; FMW RRI NC, ) | |
| LLC; WESTMONT ) | |
| HOSPITALITY GROUP, INC.; ) | |
| WHG SU ATLANTA, LP; ) | |
| SUB-SU HOTEL GP, LLC; ) | |
| CHOICE HOTELS ) | |
| INTERNATIONAL, INC.; LQ ) | |
| PROPERTIES, LLC; CPLG ) | |
| PROPERTIES, LLC; BRE/LQ ) | |
| PROPERTIES, LLC; LA QUINTA ) | |
| WORLDWIDE, LLC; ) | |
| EXTENDED STAY AMERICA, ) | |
| INC.; ESA MANAGEMENT, LLC; ) | |
| ESA P PORTFOLIO, LLC; ESA P ) | |
| PORTFOLIO OPERATING ) | |
| LESSEE, LLC; JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING STIPULATION AND
## ORDER VACATING CLERK'S ENTRY OF
## DEFAULT AS TO DEFENDANT VARAHI HOTEL, LLC

Before the Court is the parties' Stipulation and Order Vacating Clerk's Entry of Default as to Defendant Varahi Hotel, LLC.  The Court concludes that good

1

cause exists to GRANT the parties' Stipulation.  The Clerk shall vacate the Entry of Default as to Defendant Varahi Hotel, LLC.  Defendant Varahi Hotel, LLC's responsive pleadings to Plaintiff's Amended Complaint shall be due in accordance with this Court's October 23, 2019 Order.  [Dkt. # 49].

SO ORDERED this 7th day of Novmeber, 2019.

*/s/ William M. Ray II*

_____
Hon. William M. Ray, II
United States District Court Judge