IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4,<br><br>      Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., VARAHI HOTEL, LLC, FMW RRI NC, LLC, WESTMONT HOSPITALITY GROUP, INC., RRI III, LLC, WHG SU ATLANTA, LP, SUB-SU HOTEL GP, LLC, CHOICE HOTELS INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., MICROTEL INNS AND SUITES FRANCHISING, INC., KUZZINS BUFORD, LLC, 42 HOTEL CUMBERLAND LLC, ENCORE CUMBERLAND LLC, HILTON FRANCHISE HOLDINGS, LLC, HILTON DOMESTIC OPERATING COMPANY, INC., HILTON WORLDWIDE HOLDINGS, INC. and JOHN DOES 1-10.<br><br>      Defendants. | Civil Action No.<br><br>1:19-cv-03845-WMR |

**<u>Notice of Voluntary Dismissal Under Rule 41(a)(1)(A)(i)</u>**

Under Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 4 gives notice that all claims against the following defendants are voluntarily dismissed without prejudice:

LQ Properties, LLC

CPLG Properties, LLC

BRE/LQ Properties, LLC

La Quinta Worldwide, LLC

Extended Stay America, Inc.

ESA Management, LLC

ESA P Portfolio, LLC

ESA P Portfolio Operating Lessee, LLC

Jane Doe 4's claims remain pending against all other defendants. *See, e.g.*, *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) (Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant).

This 22nd day of November, 2019.

                Respectfully submitted,

                /s/ *Jonathan S. Tonge*

                Jonathan S. Tonge
                jtonge@atclawfirm.com
                Georgia Bar No. 303999
                Patrick J. McDonough
                Georgia Bar No. 489855

                                pmcdonough@atclawfirm.com
                                Trinity Hundredmark
                                Georgia Bar No. 140808
                                thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                                John E. Floyd
                                Georgia Bar No. 266413
                                floyd@bmelaw.com
                                Manoj S. Varghese
                                Georgia Bar No. 734668
                                varghese@bmelaw.com
                                Tiana S. Mykkeltvedt
                                Georgia Bar No. 533512
                                mykketlvedt@bmelaw.com
                                Amanda Kay Seals
                                Georgia Bar No. 502720
                                seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

                                Attorneys for Plaintiff Jane Doe 4

# LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C.  This document was prepared using Century Schoolbook 13-point font.

Respectfully submitted this 22nd day of November, 2019.

        /s/ *Jonathan S. Tonge*

        Jonathan S. Tonge
        jtonge@atclawfirm.com
        Georgia Bar No. 303999
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        Trinity Hundredmark
        Georgia Bar No. 140808
        thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

        John E. Floyd
        Georgia Bar No. 266413
        floyd@bmelaw.com
        Manoj S. Varghese
        Georgia Bar No. 734668
        varghese@bmelaw.com
        Tiana S. Mykkeltvedt
        Georgia Bar No. 533512
        mykketlvedt@bmelaw.com

        Amanda Kay Seals
        Georgia Bar No. 502720
        seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

        Attorneys for Plaintiff Jane Doe 4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiff—through her attorney—delivered a true and correct copy of Plaintiff's Notice of Voluntary Dismissal, filed with the Court in the above-styled case using the EM/ECF system which will send e-mail notification to all counsel of record. Plaintiff's Notice of Voluntary Dismissal will be personally served, along with Plaintiff's Amended Complaint, upon Defendants who have not yet appeared in this action.

Respectfully submitted this 22nd day of November, 2019.

        ANDERSEN, TATE & CARR, P.C.

        /s/ *Jonathan S. Tonge*

        Jonathan S. Tonge
        Georgia State Bar No. 303999
        jtonge@atclawfirm.com
        Patrick J. McDonough
        Georgia State Bar No. 489855
        pmcdonough@atclawfirm.com
        Trinity Hundredmark
        Georgia State Bar No. 140808
        thundred@atclawfirm.com
        Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        John E. Floyd
        Georgia Bar No. 266413

                         floyd@bmelaw.com
                         Manoj S. Varghese
                         Georgia Bar No. 734668
                         varghese@bmelaw.com
                         Tiana S. Mykkeltvedt
                         Georgia Bar No. 533512
                         mykketlvedt@bmelaw.com
                         Amanda Kay Seals
                         Georgia Bar No. 502720
                         seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

                         Attorneys for Plaintiff Jane Doe 4