THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RED ROOF INNS, INC., et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:19-cv-03845-WMR |

### ORDER

In its earlier Order on the Defendants' respective motions to dismiss, the Court dismissed certain Defendants without prejudice and specifically reserved the right for Plaintiff to move to amend the pleadings during or after discovery to add the dismissed Defendants back into the case if discovery warrants their inclusion as parties. [*See* Doc. 182].  Since the entry of that order, however, the Court granted Plaintiff's motion for entry of judgment as to Defendants Choice Hotels International, Inc. ("Choice"), Wyndham Hotels & Resorts, Inc. ("Wyndham"), and Microtel Inn & Suites Franchising, Inc. ("MISF") under Rule 54(b) [*see* Doc. 194], and Plaintiff has specifically requested that the dismissal as to these Defendants be changed from dismissal without prejudice to dismissal "with prejudice."  In so doing, Plaintiff has stipulated that her case against Choice, Wyndham, and MISF will "rise or fall" on the existing allegations and the outcome of the forthcoming appeal, and

that she is waiving her right to later seek leave to add these Defendants if she is unsuccessful in her appeal. *See* Schuurman v. Motor Vessel Betty K V, 798 F.2d 442, 445 (11th Cir. 1986) (holding that if a plaintiff who was given leave to amend the complaint appeals instead of amending, the plaintiff "waives the right to later amend the complaint, even if the time to amend has not yet expired"). Accordingly, at Plaintiff's request, the Court will amend its earlier ruling [Doc. 182] and dismiss Defendants Choice, Wyndham, and MISF with prejudice.

Based on the foregoing, it is hereby **ORDERED** that Defendants Choice Hotels International, Inc., Wyndham Hotels & Resorts, Inc., and Microtel Inn & Suites Franchising, Inc. are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all other aspects of the Court's orders granting the motions to dismiss [Doc. 282] and granting entry of judgment pursuant to Rule 54(b) and certification under 28 U.S.C. § 1292(b) [Doc. 194] not specifically addressed herein shall remain in effect. The Clerk is **DIRECTED** to amend its entry of final judgment [Doc. 195] to reflect that the claims against Choice Hotels International, Inc., Wyndham Hotels & Resorts, Inc., and Microtel Inn & Suites Franchising, Inc. are dismissed with prejudice.

IT IS SO ORDERED, this 6th day of May, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE