IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4,<br><br>       Plaintiff,<br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>       Defendants. | Civil Action No.<br>1:19-cv-03845<br><br>JURY TRIAL DEMANDED,<br>Pursuant to Fed. R. Civ. P. 38 |

## ORDER

Having considered the Consent Motion to Dismiss Certain Defendants Without Prejudice, for good cause shown, the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that

42 Hotel Cumberland LLC

is Dismissed Without Prejudice.

IT IS SO ORDERED, this 8th day of May 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Tiana S. Mykkeltvedt
Tiana S. Mykkeltvedt
Georgia Bar No. 533512