# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>      Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>      Defendants. | Civil Action No.<br>1:19-cv-03840-WMR |
| JANE DOE 2,<br><br>      Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>      Defendants. | Civil Action No.<br>1:19-cv-03841-WMR |
| JANE DOE 3,<br><br>      Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>      Defendants. | Civil Action No.<br>1:19-cv-03843-WMR |

JANE DOE 4,

      Plaintiff,

v.

RED ROOF INNS, INC., et al.,

      Defendants.

Civil Action No.
1:19-cv-03845-WMR

-----------------------------------------------------------------------------------------------------

## ORDER OF SEVERANCE AND CONSOLIDATION

Now before the Court in each of the above-captioned cases (the "Jane Doe Cases") is a Motion to Sever and Consolidate filed jointly on behalf of the Jane Doe Plaintiffs and the Red Roof Inn Defendants[1] under Rules 21 and 42 of the Federal Rules of Civil Procedure. In each of these cases, the Jane Doe Plaintiffs allege they were victims of sex trafficking at various hotels, including two Red Roof Inn hotels in the Atlanta area. The movants request an Order severing from the Jane Doe Cases all claims relating to these two Red Roof Inn hotels and consolidating those claims into a new civil action number to streamline the administration of the Red Roof Inn claims.

---

[1] For purposes of this motion, the Red Roof Inn Defendants include Westmont Hospitality Group, Inc., Red Roof Inns, Inc., FMW RRI NC, LLC, Red Roof Franchising, LLC, RRI West Management, LLC, and Varahi Hotel, LLC.

#3295915v1

2

After a thorough review of the allegations and claims in each case relating to the Red Roof Inn hotels, the Court agrees that severance and potential administrative consolidation in the manner the movants propose offers the best way to maximize efficiencies and bring each of the Red Roof Claims to a more efficient resolution. Accordingly, the Motion to Sever and Consolidate is **GRANTED**. This Court enters the following Order of Severance and Consolidation.

### I.   Jane Doe 1 v. Red Roof Inns, Inc.

1. All Jane Doe 1's claims in Civil Action No. 1:19-cv-03840-WMR relating to sex trafficking at the Smyrna Red Roof or Atlanta Red Roof hotels (Counts I–VIII) are **SEVERED** under Rule 21.

2. Jane Doe 1's claims in Counts IX–XVI remain pending in Civil Action No. 1:19-cv-03840 against the remaining defendants (Westmont Hospitality Group, Inc.; HSI Chamblee, LLC; SUB-SU Hotel GP, LLC; WHG SU Atlanta, LLC; WHG SU Atlanta LP, CC&S Development, LLC; Essex, LLC; Kuzzins Buford, LLC).

3. Jane Doe 1's claims from Civil Action No. 1:19-cv-03840-WMR relating to sex trafficking at the Smyrna Red Roof or Atlanta Red Roof hotels (Counts I–VIII)—which were severed under Rule 21 are **CONSOLIDATED** into a new Civil Action No. to be assigned by the Clerk (the "*Red Roof Case*").

#3295915v1

3

4. Within five (5) days of the date of this Order, Jane Doe 1 is **DIRECTED** to file her Second Amended Complaint (Civil Action No. 1:19-cv-03840, Doc. 305) in the *Red Roof Case*,[2] and Defendants are likewise **DIRECTED** to file their Answers to the Second Amended Complaint in the *Red Roof Case*. For purposes of the *Red Roof Case*, only Counts I–VIII of Jane Doe 1's Second Amended Complaint, and the factual allegations incorporated therein, are operative.

5. No other pleadings are required or permitted in the *Red Roof Case* at this time.

## II. Jane Doe 2 v. Red Roof Inns, Inc.

1. All Jane Doe 2's claims in Civil Action No. 1:19-cv-03841-WMR relating to sex trafficking at the Smyrna Red Roof and Atlanta Red Roof hotels (Counts I–VIII) are **SEVERED**.

2. Jane Doe 2's claims in Counts IX–XVI remain pending in Civil Action No. 1:19-cv-03841 against the remaining defendants (Westmont Hospitality Group, Inc.; HSI Chamblee, LLC; SUB-SU Hotel GP, LLC; WHG

---

[2] The parties do not need to recast or replead any of the previously filed pleadings. The Court is simply ordering the parties to file the operative Complaint and Answers that were previously filed in the Jane Doe cases.

#3295915v1

4

SU Atlanta, LLC; WHG SU Atlanta LP CC&S Development, LLC; Essex, LLC; Kuzzins Buford, LLC).

3. Jane Doe 1's claims from Civil Action No. 1:19-cv-03841-WMR relating to sex trafficking at the Smyrna Red Roof or Atlanta Red Roof hotels (Counts I–VIII)—which were severed under Rule 21 are **CONSOLIDATED** into a new Civil Action No. to be assigned by the Clerk (the "*Red Roof Case*").

4. Within five (5) days of the date of this Order, Jane Doe 2 is **DIRECTED** to file her Second Amended Complaint (Civil Action No. 1:19-cv-03841, Doc. 298) in the *Red Roof Case*,[3] and Defendants are likewise **DIRECTED** to file their Answers to the Second Amended Complaint in the *Red Roof Case*. For purposes of the *Red Roof Case*, only Counts I–VIII of Jane Doe 1's Second Amended Complaint, and the factual allegations incorporated therein, are operative.

5. No other pleadings are required or permitted in the *Red Roof Case* at this time.

---

[3] The parties do not need to recast or replead any of the previously filed pleadings. The Court is simply ordering the parties to file the operative Complaint and Answers that were previously filed in the Jane Doe cases.

#3295915v1

### III.    Jane Doe 3 v. Red Roof Inns, Inc.

1.     All Jane Doe 3's claims in Civil Action No. 1:19-cv-03843-WMR relating to sex trafficking at the Smyrna Red Roof and Atlanta Red Roof hotels (Counts I–VIII) are **SEVERED.**

2.     Jane Doe 3's claims in Counts IX–XX remain pending in Civil Action No. 1:19-cv-03843 against the remaining defendants (Westmont Hospitality Group, Inc.; HSI Chamblee, LLC; SUB-SU Hotel GP, LLC; WHG SU Atlanta, LLC; WHG SU Atlanta LP; Extended Stay America, INC., ESA Management, LLC, ESA P Portfolio, LLC, F/K/A BRE/ESA P Portfolio, LLC, ESA P Portfolio Operating Lessee, LLC,  HVM, LLC; CC&S Development LLC, Essex, LLC and Kuzzins Buford, LLC).

3.     Jane Doe 3's claims from Civil Action No. 1:19-cv-03843-WMR relating to sex trafficking at the Smyrna Red Roof and Atlanta Red Roof hotels (Counts I–VIII)—which were severed under Rule 21 are **CONSOLIDATED** into the *Red Roof Case*.

4.     Within five (5) days of the date of this Order, Jane Doe 3 is **DIRECTED** to file her Second Amended Complaint (Civil Action No. 1:19-cv-03843, Doc. 227) in the *Red Roof Case*, and Defendants are likewise **DIRECTED** to file their Answers to the Second Amended Complaint in the *Red Roof Case*.  For purposes of *the Red Roof Case*, only Counts I–VIII of

#3295915v1

6

Jane Doe 3's Second Amended Complaint, and the factual allegations incorporated therein, are operative. The Court notes that Varahi is not a Defendant in the Jane Doe 3 case and nothing is required of it as it relates to the consolidation of those claims into the *Red Roof Case*.

5. No other pleadings are required or permitted in the *Red Roof Case* at this time.

IV. **Jane Doe 4 v. Red Roof Inns, Inc.**

1. All Jane Doe 4's claims in Civil Action No. 1:19-cv-03845-WMR relating to sex trafficking at the Smyrna Red Roof and Atlanta Red Roof hotels (Counts I–IV) are **SEVERED** under Rule 21.

2. ane Doe 4's claims in Counts V-XII remain pending in Civil Action No. 1:19-cv-03845 against the remaining defendants (Westmont Hospitality Group, Inc.; HSI Chamblee, LLC; SUB-SU Hotel GP, LLC; WHG SU Atlanta, LLC; WHG SU Atlanta LP, CC&S Development LLC, Essex, LLC and Kuzzins Buford, LLC.

3. Jane Doe 4's claims from Civil Action No. 1:19-cv-03845-WMR relating to sex trafficking at the Smyrna Red Roof and Atlanta Red Roof hotels (Counts I–IV)—which were severed under Rule 21 are **CONSOLIDATED** into *Red Roof Case*.

4. Within five (5) days of the date of this Order, Jane Doe 3 is **DIRECTED** to file her Second Amended Complaint (Civil Action No. 1:19-cv-03845, Doc. 204) in the *Red Roof Case*, and Defendants are likewise **DIRECTED** to file their Answers to the Second Amended Complaint in the *Red Roof Case*. For purposes of the *Red Roof Case*, only Counts I–IV of Jane Doe 4's Second Amended Complaint, and the factual allegations incorporated therein, are operative.

5. No other pleadings are required or permitted in the *Red Roof Case* at this time.

**IT IS SO ORDERED**, this 12th day of October, 2021.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

#3295915v1

**Proposed Order Prepared By:**

John E. Floyd, Georgia Bar No. 266413
floyd@bmelaw.com
Tiana S. Mykkeltvedt, Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese, Georgia Bar No. 734668
varghese@bmelaw.com
Amanda Kay Seals, Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind, Georgia Bar No. 960296
baumrind@bmelaw.com
BONDURANT, MIXSON & ELMORE LLP
1201 W. Peachtree St., N.W., Ste. 3900
Atlanta, Georgia 30309
Tel: 404.881.4100; Fax: 404.881.4111

Jonathan S. Tonge, Georgia Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough, Georgia Bar No. 489855
pmcdonough@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: 770.822-0900; Fax: 770.822.9680

*Counsel for Plaintiff Jane Does 1- 4*

Charles K. Reed
Georgia Bar No. 597597
P. Michael Freed
Georgia Bar No. 061128
Adi Allushi
Georgia Bar No. 852810
Emma J. Fennelly
Georgia Bar No. 610587
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Bank of America Plaza

#3295915v1

600 Peachtree Street, N.E., Suite 4700
Atlanta, Georgia 30308
Tel: (404) 348-8585
Fax: (404) 467-8845
Email: chuck.reed@lewisbrisbois.com
Email: michael.freed@lewisbrisbois.com
Email: adi.allushi@lewisbrisbois.com
Email: emma.fennelly@lewisbrisbois.com
*Counsel for Red Roof Inns, Inc.;*
*FMW RRI NC, LLC; Red Roof Franchising, LLC;*
*RRI West Management, LLC; Westmont*
*Hospitality Group, Inc.; and RRI III, LLC*

Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Elliott C. Ream
Georgia Bar No. 528281
**HAWKINS PARNELL & YOUNG LLP**
303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
Tel: (404) 614-7400
Fax: (404) 614-7500
Email: wfox@hpylaw.com
Email: skeith@hpylaw.com
Email: eream@hpylaw.com
*Counsel for Defendant Varahi Hotel, LLC*

#3295915v1