# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>　　Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>　　Defendants. | Civil Action No. 1:19-cv-03840-WMR |
| JANE DOE 2,<br><br>　　Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>　　Defendants. | Civil Action No. 1:19-cv-03841-WMR |
| JANE DOE 3,<br><br>　　Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>　　Defendants. | Civil Action No. 1:19-cv-3843-WMR |

| | |
|---|---|
| JANE DOE 4,<br><br>　　　　Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>　　　　Defendants. | Civil Action No. 1:19-cv-03845-WMR |

# DEFENDANT ESSEX, LLC'S RULE 5.4
# CERTIFICATE OF SERVICE OF DISCOVERY

Defendant Essex, LLC ("Essex"), through its undersigned counsel, hereby certifies that on June 17, 2022, it served the following discovery:

1. Defendant Essex, LLC's Responses to Plaintiffs' First Interrogatories, and

2. Defendant Essex, LLC's Responses to Plaintiffs' First Requests for Production of Documents

via electronic mail upon the following attorneys of record:

| | |
|---|---|
| Trinity Hundredmark<br>Patrick J. McDonough<br>Jonathan Tonge<br>Andersen, Tate & Carr, PC<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, GA 30097<br>thundred@atclawfirm.com<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br><br>*Attorneys for Plaintiffs* | Christopher Thomas Byrd<br>George Burr Green, Jr.<br>Shubhra R. Mashelkar<br>Patrick B. Moore<br>Weinberg Wheeler Hudgins Gunn &<br>Dial, LLC-Atl<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>cbyrd@wwhgd.com<br>ggreen@wwhgd.com<br>smashelkar@wwhgd.com<br>pmoore@wwhgd.com |

Michael Rosen Baumrind
John Earl Floyd
Tiana Scogin Mykkeltvedt
Amanda Kay Seals
Manoj Sam Varghese
Bondurant Mixson & Elmore LLP
1201 West Peachtree Street, NE
Suite 3900
Atlanta, GA  30309
baumrind@bmelaw.com
floyd@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
varghese@bmelaw.com

*Attorneys for Plaintiffs*

Admir Allushi
Emma Jeanette Fennelly
Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE, Suite 4700
Atlanta, GA  30308
adi.allushi@lewisbrisbois.com
emma.fennelly@lewisbrisbois.com
chuck.reed@lewisbrisbois.com

*Attorneys for Defendants Westmont Hospitality Group, Inc., and RRI III, LLC*

Admir Allushi
Emma Jeanette Fennelly
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE, Suite 4700
Atlanta, GA  30308
adi.allushi@lewisbrisbois.com

*Attorneys for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, and ESA P Portfolio Operating Lessee, LLC*

Emily Marie Adams
Sinton Scott Minock & Kerew
176 Howard Street, NE, Unit B
Atlanta, GA  30317
eadams@ssmklaw.com

*Attorneys for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, ESA P Portfolio Operating Lessee, LLC, and HVM, LLC*

Joseph Robb Cruser
Glenn C. Tornillo
Kristin L. Yoder
Cruser Mitchell Law Firm
275 Scientific Drive, NW, Suite 2000
Peachtree Corners, GA  30092
rcruser@cmlawfirm.com
gtornillo@crmlaw.com
kyoder@cmlawfirm.com

*Attorneys for Defendants Kuzzins Buford LLC, CC&S Development, LLC*

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn & Dial, LLC-Atl
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326
smashelkar@wwhgd.com

emma.fennelly@lewisbrisbois.com

*Attorneys for Defendant WHG SU Atlanta, LLC*

Sabrina Lynn Atkins
Pamela Lee
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE
The Peachtree, Suite 300
Atlanta, GA  30309
sabrina.atkins@swiftcurrie.com
pamela.lee@swiftcurrie.com

*Attorneys for Defendant HIS Chamblee, LLC*

*Attorney for Defendant HVM, LLC*

Respectfully submitted, this 17th day of June, 2022.

*s/ Emily C. Ward*
Anthony L. Cochran
Georgia Bar No. 172425
Emily C. Ward
Georgia Bar No. 500999
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309
(404) 815-3799 (Mr. Cochran-office)
(404) 685-7099 (Mr. Cochran-fax)
(404) 815-3575 (Ms. Ward-office)
(404) 685-6875 (Ms. Ward-fax)
acochran@sgrlaw.com
eward@sgrlaw.com

*Attorneys for Defendant Essex, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, I electronically filed the foregoing *Defendant Essex, LLC's Rule 5.4 Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*s/ Emily C. Ward*
Emily C. Ward
Georgia Bar No. 500999
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309
(404) 815-3575 (telephone)
(404) 685-6875 (facsimile)
eward@sgrlaw.com

*Attorneys for Defendant Essex, LLC*
