# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>    Plaintiff,<br><br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03840-WMR |
| JANE DOE 2,<br><br>    Plaintiff,<br><br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03841-WMR |
| JANE DOE 3,<br><br>    Plaintiff,<br><br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03843-WMR |
| JANE DOE 4,<br><br>    Plaintiff,<br><br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03845-WMR |

# LOCAL RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW KUZZINS BUFORD, LLC, a Defendant in the above-captioned matter, and pursuant to L.R. N.D. Ga. 26.3, hereby certifies that on February 14, 2020, counsel for Defendant served all counsel of record with a true and correct copy of

**DEFENDANT CC&S DEVELOPMENT, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT; and**

**DEFENDANT CC&S DEVELOPMENT, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

via E-mail and/or First-Class Mail as follows:

Trinity Hundredmark
Patrick J. McDonough
Jonathan Tonge
Andersen, Tate & Carr, PC
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
thundred@atclawfirm.com
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiffs*

Michael Rosen Baumrind
John Earl Floyd
Tiana Scogin Mykkeltvedt

Amanda Kay Seals
Manoj Sam Varghese
Bondurant Mixson & Elmore LLP
1201 West Peachtree Street, NE
Suite 3900
Atlanta, GA 30309
baumrind@bmelaw.com
floyd@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
varghese@bmelaw.com
*Attorneys for Plaintiffs*

Christopher Thomas Byrd
George Burr Green, Jr.
Shubhra R. Mashelkar
Patrick B. Moore
Weinberg Wheeler Hudgins Gunn & Dial, LLC-Atl
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
cbyrd@wwhgd.com
ggreen@wwhgd.com
smashelkar@wwhgd.com
pmoore@wwhgd.com
*Attorneys for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, and ESA P Portfolio Operating Lessee, LLC*

Emily Marie Adams
Sinton Scott Minock & Kerew
176 Howard Street, NE, Unit B
Atlanta, GA 30317
eadams@ssmklaw.com
*Attorneys for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, ESA P*

*Portfolio Operating Lessee, LLC, and HVM, LLC*

Admir Allushi
Emma Jeanette Fennelly
Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE, Suite 4700
Atlanta, GA 30308
adi.allushi@lewisbrisbois.com
emma.fennelly@lewisbrisbois.com
chuck.reed@lewisbrisbois.com
*Attorneys for Defendants Westmont Hospitality Group, Inc., and RRI III, LLC*

Admir Allushi
Emma Jeanette Fennelly
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE, Suite 4700
Atlanta, GA 30308
adi.allushi@lewisbrisbois.com
emma.fennelly@lewisbrisbois.com
*Attorneys for Defendant WHG SU Atlanta, LLC*

Sabrina Lynn Atkins
Pamela Lee
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE
The Peachtree, Suite 300
Atlanta, GA 30309
sabrina.atkins@swiftcurrie.com
pamela.lee@swiftcurrie.com
*Attorneys for Defendant HIS Chamblee, LLC*

Emily C. Ward
Smith, Grambrell & Russell, LLP
1105 West Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
eward@srglaw.com
*Attorneys for Defendant*
*Essex, LLC*

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn &
Dial, LLC-Atl
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
smashelkar@wwhgd.com
*Attorney for Defendant HVM, LLC*

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

This 28th day of June, 2022.

                                        **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                                        */s/ Glenn C. Tornillo*
                                        **GLENN C. TORNILLO**
                                        Georgia Bar No. 714754
                                        **KRISTIN L. YODER**
                                        Georgia Bar No. 229210
                                        **J. ROBB CRUSER**
                                        Georgia Bar No. 199480

- 5 -

{Firm/232/00401/DISC/03610108.DOCX }

| | |
|---|---|
| Meridian II, Suite 2000 | *Attorneys for Defendant CC&S* |
| 275 Scientific Drive | |
| Peachtree Corners, GA  30092 | |
| (404) 881-2622 | |
| (404) 881-2630 (fax) | |
| gtornillo@cmlawfirm.com | |
| kyoder@cmlawfirm.com | |
| rcruser@cmlawfirm.com | |