# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:19-cv-03845-WMR |
| ESSEX, LLC, et al., | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Krista Kowalczyk, of the law firm SMITH, GAMBRELL,
& RUSSELL, LLP, 1105 W Peachtree St NE, Suite 1000, Atlanta, Georgia, 30309,
and notifies this Court and counsel of record of her entry of appearance as
additional counsel on behalf of Defendant Essex, LLC, in the above-styled action.

DATED: August 10, 2022.

*s/ Krista Kowalczyk*
Anthony L. Cochran
Georgia Bar No. 172425
Emily C. Ward
Georgia Bar No. 500999
Krista Kowalczyk
Georgia Bar No. 264003
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309
(404) 815-3799 (Mr. Cochran-office)
(404) 685-7099 (Mr. Cochran-fax)
(404) 815-3575 (Ms. Ward-office)

(404) 685-6875 (Ms. Ward-fax)
acochran@sgrlaw.com
eward@sgrlaw.com
kkowalczyk@sgrlaw.com

*Attorneys for Defendant Essex, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing

*Notice of Entry of Appearance* with the Clerk of Court using the CM/CF system,

which will automatically send email notification of such filing to all counsel of

record.

s/ Krista Kowalczyk
Krista Kowalczyk
Georgia Bar No. 264003
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309
(404) 815-3602 (office)
(404) 685-6902 (facsimile)
kkowalczyk@sgrlaw.com
