IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 4, | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. |
| v. | * | 1:19-CV-03845-WMR |
| | * | |
| ESSEX, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF INTENT TO SEEK APPORTIONMENT OF FAULT AGAINST NON-PARTIES PURSUANT TO O.C.G.A § 51-12-33

COME NOW, Defendants Westmont Hospitality Group, Inc., SUB SU Hotel GP, LLC, WHG SU Atlanta, LP, and WHG SU Atlanta, LLC ("Defendants"), by and through their undersigned counsel, and file this Notice of Intent to Seek Apportionment of Fault Against Non-Parties pursuant to O.C.G.A. § 51-12-33. Defendants hereby notify the Court and all parties to this action, more than 120 days prior to trial of this matter, that the jury shall consider whether the following persons or entities are wholly or partially at fault for the allegations and incidents that form the basis of Plaintiff Jane Doe 4's Complaint and Plaintiff Jane Doe 4's claimed damages.

Plaintiff Jane Doe 4  alleges that she was trafficked by several persons from 2010 to 2013 at several hotels in Atlanta, Georgia and the surrounding areas. Plaintiff Jane Doe 4  alleges that these individuals held her against her will, beat her, starved her, drugged her, and forced her to engage in commercial sex with hundreds to

thousands of buyers. Plaintiff Jane Doe 4 , through discovery responses and deposition, has identified the following individuals as people as these alleged traffickers to which fault should be apportioned:

- "**CB**" or "**Gutta**" (real name and last known address are believed to be **Jayson Johnson**, 9001 GA Highway 21, Apartment 314, Port Wentworth, GA 31407);

- "**Black**" (real name and address unknown); and

- "**Diablo**" (real name believed to be **Martez Marquel Fuque**, currently incarcerated at Coffee Correctional Facility, 1153 N Liberty St., Nicholls, GA 31554).

Plaintiff Jane Doe 4 further alleges that she suffered damages due to the purchasers of sex and sexual acts in which she was allegedly forced to engage in. These buyers are hereby designated as "**John Doe Johns**." Their current whereabouts/address are unknown.

Plaintiff Jane Doe 4 alleges in discovery that her traffickers received help and assistance from a number of individuals. These accomplices are hereby designated as "**John Doe Accomplices**" and "**Jane Doe Accomplices**." Their current whereabouts/address are unknown.

Further, Plaintiff Jane Doe 4 alleges that she was trafficked at numerous hotels, excluding those that were owned and/or operated by the named Defendants of this

lawsuit. The following non-parties, owners and operators of additional hotels where

Plaintiff Jane Doe 4  was allegedly subjected to sex trafficking may be liable for all or

some of Plaintiff Jane Doe 4's  damages:

- **Hilton Worldwide Holdings, Inc**. (as owner of Hampton Inn, address unknown)
  c/o Corporation Service Company
  251 Little Falls Drive
  Wilmington, New Castle, DE 19808;

- **Hilton Franchise Holdings, LLC** (as owner of Hampton Inn, address unknown)
  c/o Corporation Service Company
  251 Little Falls Drive
  Wilmington, DE 19808; and

- **Hilton Domestic Operating Company, Inc**. (as owner of Hampton Inn, address unknown)
  c/o Corporation Service Company
  40 Technology Parkway South, Suite 300
  Norcross, GA  30092.

Plaintiff Jane Doe 4  further alleges that she was subjected to online advertising

for the sale of illegal commercial sex as part of her alleged trafficking. These online

websites negligently, recklessly, and with willful and wanton disregard permitted the

sale of illegal commercial sex, contributing to Plaintiff Jane Doe 4's  alleged damages:

- **Backpage.com, LLC**
  2501 Oak Lawn Ave
  Dallas, TX 75219

Defendants reserve the right to add to this list as discovery is ongoing. Defendants further reserve the right to apportion fault to the hotels, traffickers, and other entities that Plaintiff was unable to specifically recall throughout discovery.

Defendants identify and designate the above-listed non-parties as non-parties who are wholly or partially at fault for the incidents that form the basis of Plaintiff Jane Doe 4's lawsuit and whose intentional, negligent, and reckless actions were the proximate cause of Plaintiff Jane Doe 4's alleged damages. Defendants reserve the right to contend at trial that Plaintiff Jane Doe 4's claimed injuries or damages in this case resulted from the negligence, intentional conduct, or fault of the foregoing non-parties. At trial, the jury shall be authorized to apportion fault to these non-parties.

Respectfully submitted this 26th day of August, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Emma J. Fennelly
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

*Attorneys for Defendants*
*Westmont Hospitality Group, Inc.*
*SUB-SU Hotel GP, LLC, WHG SU*
*Atlanta, LP and WHG SU Atlanta, LLC*

## **<u>RULE 7.1D CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern

District of Georgia, the undersigned certifies that the foregoing submission to the

Court was computer-processed, double-spaced between lines, and used Times New

Roman font of 14 point size.

Dated: August 26, 2022.

/s/  *Emma J. Fennelly*
EMMA J. FENNELLY

## CERTIFICATE OF SERVICE

I hereby certify that I have this day of August 26, 2022 filed the within and foregoing NOTICE OF INTENT TO SEEK APPORTIONMENT OF FAULT AGAINST NON-PARTY PURSUANT TO O.C.G.A 51-12-33 via CM/ECF, which automatically sends an electronic copy to all counsel of records as follows:

John E. Floyd
Manoj S. Varghese
Tiana S. Mykkeltvedt
Amanda Kay Seals
Michael R. Baumrind
BONDURANT, MIXSON
  & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
floyd@bmelaw.com
varghese@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
*Attorneys for Plaintiffs*

Jonathan S. Tonge
Patrick J. McDonough
Trinity Hundredmark
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
*Attorneys for Plaintiffs*

Joseph Robb Cruser
Kristin L. Yoder
Glenn C. Tornillo
CRUSER MITCHELL LAW FIRM
Merician II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
rcruser@cmlawfirm.com
kyoder@cmlawfirm.com
gtornillo@cmlawfirm.com
*Attorneys for Defendants*
*Kuzzins Buford, Inc.*
*CC&S Development, LLC*

Anthony L. Cochran
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree St. NW
Suite 1000
Atlanta, GA  30309
acochran@sgrlaw.com
*Attorneys for Defendant Essex Hotel*
*Management, LLC (misnamed as*
*Essex, LLC)*

Sabrina L. Atkins
SWIFT, CURRIE, MCGHEE
  & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, GA  30309-3231
Sabrina.atkins@swiftcurrie.com
*Attorneys for Defendant*
*HSI Chamblee, LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/  Emma J. Fennelly
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA  30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

*Attorneys for Defendants*
*Westmont Hospitality Group, Inc.*
*SUB-SU Hotel GP, LLC, WHG SU*
*Atlanta, LP and WHG SU Atlanta, LLC*