# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 1:19-CV-03845-WMR |
| | ) |
| HSI CHAMBLEE, LLC, SUB-SU HOTEL | ) |
| GP, LLC, WHG SU ATLANTA, LLC, | ) |
| WHG SU ATLANTA LP, CC&S | ) |
| DEVELOPMENT, LLC, ESSEX, LLC, | ) |
| AND KUZZINS BUFORD, LLC | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS LESS THAN ALL PARTIES AND TO DISMISS WITH PREJUDICE DEFENDANT HSI CHAMBLEE, LLC

**COME NOW,** Plaintiff Jane Doe 4 and Defendant HSI Chamblee, LLC by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby file this Joint Motion to Dismiss with Prejudice Defendant HSI Chamblee, LLC, showing the Court as follows:

1.

Rule 41(a)(1) provides that, upon a motion, this court may dismiss claims against defendants that have filed an answer at the plaintiff's request. The Eleventh Circuit has held that "[g]enerally speaking, a motion for voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice." *Arias v.*

*Cameron*, 776 F.3d 1262, 1268 (11th Cir. 2015). And here, HSI Chamblee, LLC, consents to dismissal under Rule 41(a)(1).

2.

Plaintiff wishes to dismiss with prejudice her claims against Defendant HSI Chamblee, LLC only.

3.

Plaintiff and Defendant HSI Chamblee, LLC respectfully request that the Court enter an Order dismissing with prejudice all claims asserted by Plaintiffs against HSI Chamblee, LLC in this case.

4.

For the Court's convenience, the parties are submitting a proposed Order dismissing Defendant HSI Chamblee, LLC from the case.

**WHEREFORE**, the parties respectfully request this Court sign the Proposed Order attached hereto and *dismiss with prejudice* Defendant HSI Chamblee, LLC.

**(Signatures on following page)**

Respectfully submitted, this 19th day of December 2022.

/s/ Michael R. Baumrind
(Signed with express consent)
**BONDURANT MIXSON & ELMORE, LLP**

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone

  *And*

**ANDERSEN, TATE & CARR, PC**

/s/ Jonathan S. Tonge
(Signed with express consent)
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough

/s/ Pamela N. Lee

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

Pamela Newsom Lee
Georgia Bar No.198981
Coryne E. G. Levine
Georgia Bar No. 145953
1420 Peachtree Street, N.W.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
pamela.lee@swiftcurrie.com
coryne.levine@swiftcurrie.com

*Attorneys for Defendant HSI Chamblee, LLC*

Georgia Bar No. 489855
pmcdonough@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Blvd.
Suite 4000
Duluth, GA 30097
770-822-0900
770-822-9680 (fax)

*Attorneys for Plaintiff Jane Doe 4*