# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 4, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:19-CV-03845-WMR |
| ) | |
| HSI CHAMBLEE, LLC, SUB-SU HOTEL ) | |
| GP, LLC, WHG SU ATLANTA, LLC, ) | |
| WHG SU ATLANTA LP, CC&S ) | |
| DEVELOPMENT, LLC, ESSEX, LLC, ) | |
| AND KUZZINS BUFORD, LLC ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER DISMISSING LESS THAN ALL PARTIES WITH PREJUDICE

Having read and considered Plaintiff Jane Doe 4 and Defendant HSI Chamblee, LLC's Joint Motion to Dismiss Less than All Parties seeking the dismissal with prejudice of Plaintiff's claims against Defendant HSI Chamblee, LLC, and for good cause shown,

**IT IS HEREBY ORDERED AND ADJUDGED**, that HSI Chamblee, LLC, be dropped from the case as a defendant with prejudice and that the style of the case so reflect. The case shall continue against the Defendants SUB-SU Hotel GP, LLC; WHG SU Atlanta, LLC; WHG SU Atlanta LP; CC&S Development, LLC; Essex, LLC; and Kuzzins Buford, LLC.

SO ORDERED this ___ day of _____, 2022.

_____
WILLIAM M. RAY II, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**CONSENTED TO BY:**

*/s/ Michael R. Baumrind*____
(Signed with express consent)
**BONDURANT MIXSON & ELMORE, LLP**

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com

1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

　　*And*

*/s/ Pamela N. Lee*_____

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

Pamela Newsom Lee
Georgia Bar No.198981
Coryne E. G. Levine
Georgia Bar No. 145953

1420 Peachtree Street, N.W.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
pamela.lee@swiftcurrie.com
coryne.levine@swiftcurrie.com

*Attorneys for Defendant HSI Chamblee, LLC*

**ANDERSEN, TATE & CARR, PC**

***/s/ Jonathan S. Tonge***
(Signed with express consent)
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Blvd.
Suite 4000
Duluth, GA 30097
770-822-0900
770-822-9680 (fax)

*Attorneys for Plaintiff Jane Doe 4*


4879-4831-1618, v. 1